IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEO A. METZGER,<br><br>Plaintiff,<br><br>v.<br><br>CNH America, L.L.C., f/k/a CASE, L.L.C., f/k/a CASE CORPORATION, and NEW HOLLAND NORTH AMERICA, INC.,<br><br>Defendants. | ) | Case No.: 04 C 50446<br><br>JURY DEMANDED |
| CNH America, L.L.C.,<br>Counter-Plaintiff,<br><br>v.<br><br>LEO A. METZGER,<br>Counter-Defendant. | ) | |

**ANSWER TO AFFIRMATIVE DEFENSES & COUNTERCLAIMS**

Plaintiff/Counter-Defendant, Leo A. Metzger (hereinafter "Metzger") for his Answer to the Affirmative Defenses and Counterclaims filed by defendants CNH America, L.L.C. f/k/a Case, L.L.C. and New Holland North America, Inc., (hereinafter collectively "CNH") states as follows:

**ANSWER TO AFFIRMATIVE DEFENSES 1-14**

As to the affirmative defenses filed by the defendants, defenses 1 through 14, the plaintiff, Leo Metzger, denies the same. In further answering, the affirmative defenses are brought in bad faith and have been asserted in violation of Rule 11 of the Federal Rules of Civil Procedure in that they have been brought to unduly harass and delay this litigation.

## ANSWER TO COUNTERCLAIMS FOR DECLARATORY JUDGMENT

26. Admit.

27. Admit.

28. Deny.

29. Admit.

30. Admit.

31. Admit.

32. Deny.

33. Admit.

34. Deny.

35. Metzger repeats paragraphs 1-34 as though fully set forth herein.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. Deny.

43. Deny.

44. Deny.

45. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the defendant/Counter-Plaintiff is entitled to any relief requested and further asserts that the counterclaim is brought in bad faith and in violation of Rule 11.

**COUNT II**

46. Metzger repeats Paragraphs 1-45.

47. Denied in its entirety (a) through (d).

48. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the Defendant/Counter-Plaintiff is entitled to any relief whatsoever and further asserts that this Counterclaim is brought in bad faith and in violation of Rule 11.

**COUNT III**

49. Metzger realleges Paragraphs 1-48.

50. Deny in its entirety (a) through (j).

51. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the Defendant/Counter-Plaintiff is entitled to any relief whatsoever and further asserts that this Counterclaim is brought in bad faith and in violation of Rule 11.

**COUNT IV**

52. Metzger reasserts answers to Paragraphs 1-51.

53. Admit.

54. Admit.

55. Admit.

56. The plaintiff/Counter-Defendant, Leo Metzger, admits that Mr. Gessel reviewed the draft patent application and provided input. The plaintiff/Counter-Defendant, Leo Metzger, denies Mr. Gessel provided any inventive contributions and has never asserted the same.

57. Deny.

58. Deny.

59. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the defendant/Counter-Plaintiff is entitled to any relief whatsoever and further asserts that this Counterclaim is brought in bad faith and in violation of Rule 11.

**COUNT V**

60. Metzger repeats Paragraphs 1-59.

61. Deny.

62. Deny.

63. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the defendant/Counter-Plaintiff is entitled to any relief whatsoever and further asserts that this Counterclaim is brought in bad faith and in violation of Rule 11.

**COUNT VI**

64. Metzger repeats Paragraphs 1-63.

65. Deny.

66. Deny.

67. Deny.

68. Deny.

WHEREFORE, the plaintiff/Counter-Defendant, Leo Metzger, denies that the defendant/Counter-Plaintiff is entitled to any relief whatsoever and further asserts that this Counterclaim is brought in bad faith and in violation of Rule 11.

Respectfully submitted,

Daniel F. Konicek

Daniel F. Konicek, Esq.
Jeffrey T. Mitchell
Konicek & Dillon, P.C.
21 West State Street
Geneva, IL 60134
Telephone: (630) 262-9655
Facsimile: (630) 262-9659

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LEO A. METZGER, | ) | |
| | ) | |
| Plaintiff, | ) | 04C50446 |
| | ) | |
| v. | ) | |
| | ) | COMPLAINT FOR PATENT INFRINGEMENT |
| CASE, L.L.C., f/k/a CASE CORPORATION, | ) | |
| and | ) | |
| NEW HOLLAND NORTH AMERICA, INC. | ) | |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

**NOTICE OF FILING**

TO: See attached Service List

**PLEASE TAKE NOTICE THAT** on January 20, 2005, we caused to be mailed for filing with the United States District Court for the Northern District of Illinois Western Division, Answer to Affirmative Defenses & Counterclaims, a copy of which is attached hereto and hereby served upon you.

Attorneys for Plaintiffs

Daniel F. Konicek
KONICEK & DILLON, P.C.
21 W. State Street
Geneva, Illinois 60134
630/262-9655
Atty. No. 37199

**CERTIFICATE OF SERVICE**

The undersigned states that she caused a copy of the foregoing to be served upon the aforementioned counsel of record by depositing same postage-paid in the U.S. Mail in Schaumburg, Illinois on January 20, 2005.

Tammy Martin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LEO A. METZGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | COMPLAINT FOR PATENT |
| CASE, L.L.C., f/k/a CASE CORPORATION, | ) | INFRINGEMENT |
| and | ) | |
| NEW HOLLAND NORTH AMERICA, INC. | ) | |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

SERVICE LIST

Ruth E. Robinson
O'HAGAN, SMITH & AMUNDSEN
308 West State street
Suite 320
Rockford, IL 61101
815-987-0441